IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CARLA VANESSA VIDAL-VEGA, | * |
| Plaintiff, | * |
| v. | * |
|  | *   Civil No. 26-54-BAH |
| KRISTI NOEM ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants' status report, ECF 10, it is hereby ORDERED that the Petition, ECF 1, is GRANTED in part, limited to the temporary relief already ordered, *see* ECF 6, and DENIED as to any further relief at this time. No further status reports are required. The Petition is hereby DISMISSED. Petitioner's request for attorney's fees and costs is DENIED. The Clerk is directed to CLOSE this case.

Dated: February 12, 2026

　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Brendan A. Hurson
　　　　　　　　　　　　United States District Judge